```
            IN THE UNITED STATES DISTRICT COURT
             FOR THE SOUTHERN DISTRICT OF OHIO
                      EASTERN DIVISION
```

**EARL WILLIAM WINES, III,**

        Plaintiff,

  vs.                                     Civil Action 2:14-cv-2177
                                                     Judge Marbley
                                                     Magistrate Judge King

**COMMISSIONER OF SOCIAL SECURITY,**

        Defendant.

## ORDER

    This is an action instituted under the provisions of 42 U.S.C. § 405(g) for review of a final decision of the Commissioner of Social Security denying plaintiff's applications for a period of disability, disability insurance benefits, and supplemental security income.  On June 19, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner be affirmed and that this action be dismissed.  *Report and Recommendation*, ECF 17. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

    The *Report and Recommendation*, ECF 17, is **ADOPTED AND AFFIRMED**.  The decision of the Commissioner is **AFFIRMED**. This action is **DISMISSED.**

    The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

                                                s/Algenon L. Marbley
                                                Algenon L. Marbley
                                        United States District Judge